560

ALAN H. ANDERSON et al., Appellants, v. TOWN OF CLARKSTOWN et al., Respondents.—

In our opinion the amended complaint fails to state a cause of action and it was properly dismissed pursuant to subdivision 4 of rule 106 of the Rules of Civil Practice. Beldock, Christ, Pette and Brennan, JJ., concur; Nolan, P. J., dissents and votes to reverse the order and to deny the motion to dismiss on the ground that the amended complaint is sufficient to state a cause of action based on spot zoning.

BALDWIN KITCHEN CABINET CORP., Respondent, v. HYMAN ARTZ, Respondent, A & B HOME IMPROVEMENT CORP., Appellant, et al., Defendants.—

The said last provision of the order, which directs the cancellation of the New York County judgment, is not authorized by the provisions of section 530 of the Civil Practice Act or section 20 of the Lien Law; nor do we find any authority, statutory or otherwise, which sanctions the procedure adopted or the order made. If, on the facts presented, the owner is entitled to any relief with respect to said judgment, he should seek it in the action in New York County, and not in any collateral action or proceeding (see 1 Freeman, Judgments [5th ed.], § 305; *Crouse* v. *McVickar*, 207 N. Y. 213, 217–218; *Knickerbocker Trust Co.* v. *Oneonta, Cooperstown & Richfield Springs Ry. Co.*, 201 N. Y. 379, 384). Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.